810 A.2d 563

IN THE MATTER OF EUGENE F. MCENROE, AN ATTORNEY AT LAW (ATTORNEY NO. 245291971).

November 27, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **EUGENE F. McENROE** of **HAZLET,** who was admitted to the bar of this State in 1971, and who was suspended from the practice of law for a period of three months effective July 8, 2002, by Order of this Court filed June 7, 2002, be restored to the practice of law, effective immediately.